**FILED**

09/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0057

_____

THOMAS PENNELL and MINDY PENNELL,

     Plaintiffs and Appellants,

  v.

                                    O R D E R

NATIONSTAR MORTGAGE, LLC d/b/a MR.
COOPER; FIRST AMERICAN TITLE
COMPANY OF MONTANA, INC.; DANIEL
INMAN; and JOHN DOES 1-10,

     Defendants and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kurt Krueger, District Judge.

                                    For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2022